## Dorney Cabinet Company, Inc. *v.* Albee Lehigh Homes, Inc., Appellant.

Argued September 15, 1966. *James N. Diefenderfer,* for appellant; *Robert H. Holland,* with him

*Kolb, Holland, Antonelli & Heffner,* for appellee;
*James C. Lanshe* and *Jack I. Kaufman,* for additional
defendants.

Order affirmed.

WRIGHT, J., dissented.

HOFFMAN, J., absent.